## CRIMINAL COMPLAINT

| | |
|---|---|
| United States District Court | DISTRICT of ARIZONA |
| United States of America<br>v.<br>**Jonathan Paul Bitner** DOB: 1973; United States<br>**Chantei Marie Hedges** DOB: 1978; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**20 - 08654 MJ** |

Complaint for violation of Title 8 United States Code § 1324(a)(1)(A) (ii), 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about March 10, 2020, in the District of Arizona, **Jonathan Paul Bitner** and **Chantei Marie Hedges**, named herein as defendants and conspirators, did knowingly and intentionally combine, conspire, confederate, and agree with each other and other persons, known and unknown, to transport certain illegal aliens, namely Juan Daniel Aguilar-Vargas, Madahi Santis-Gomez, Elvira Cortez-Ruiz, Marco Antonio Santiz-Lopez (DOB:1996) and Marco Antonio Santiz-Lopez (DOB:1990), and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A); 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about March 10, 2020, in the District of Arizona (Sasabe), United States Border Patrol Agents (BPA) saw a 2007 Ford F150 traveling southbound towards the border. It was occupied by a male driver and a female driver. The bed of the truck was empty. Approximately three hours later, the same truck was traveling northbound on SR-286 with a tarp over the bed of the truck. Horse saddles were sitting on top of the tarp instead of under the tarp to protect them from the weather. Record checks revealed that the truck was registered to an address in Tucson with no border crossings in the last 18 months. The BPA followed the truck and noticed the driver began to swerve causing him to hit the center line and shoulder multiple times. The occupants continued to look back at the agent in through the rear view and side view mirrors. The BPA conducted a vehicle stop and the driver was identified as **Jonathan Paul Bitner** and the passenger as **Chantei Marie Hedges**. The BPA received consent to look under the tarp from **Bitner** and found seven illegal aliens, six adults and one juvenile, hiding under the tarp. The BPA identified five adult illegal aliens as Juan Daniel Aguilar-Vargas, Madahi Santis-Gomez, Elvira Cortez-Ruiz, Marco Antonio Santiz-Lopez (DOB:1996) and Marco Antonio Santiz-Lopez (DOB:1990)

Material witnesses Aguilar-Vargas, Santis-Gomez, Cortez-Ruiz, Santiz-Lopez (DOB: 1996) and Santiz-Lopez (DOB: 1990) stated they arranged to be smuggled into the United States for money and that they crossed the border illegally. Aguilar-Vargas and Santis-Gomez said they arrived at a house where they remained waiting to be picked up. Aguilar-Vargas and Santis-Gomez said they were picked by a truck with a male driver (**Bitner**) and a female passenger (**Hedges**). Aguilar-Vargas and Cortez-Ruiz said the **Bitner** told them to jump in the bed of the truck and **Bitner** covered them with a tarp and horse saddles. Cortez-Ruiz said the two saddles were very heavy and restricted her movement. Aguilar-Vargas said the **Hedges** said "don't move and do not talk until we pass the police." Santis-Gomez said the **Bitner** was using his phone to communicate with them. Aguilar-Vargas **Hedges** was using her phone to communicate with them.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Juan Daniel Aguilar-Vargas, Madahi Santis-Gomez, Elvira Cortez-Ruiz, Marco Antonio Santiz-Lopez (DOB:1996) and Marco Antonio Santiz-Lopez (DOB:1990)

| | |
|---|---|
| Detention Requested<br>    Being duly sworn, I declare that the foregoing is<br>true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA JAA/ri | SIGNATURE OF COMPLAINANT |
| | OFFICIAL TITLE<br>Border Patrol Agent |
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>March 11, 2020 |

1) See Federal rules of Criminal Procedure Rules 3 and 54